# United States District Court
# For The Western District of North Carolina
# Asheville Division

**FILED**
ASHEVILLE, N. C.
NOV 21 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

SHANE ANDERSON,

    Petitioner,

vs.

NORTH CAROLINA,

    Respondent..

JUDGMENT IN A CIVIL CASE

1:05cv331-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2005 Order.

November 21, 2005

FRANK G. JOHNS, CLERK

BY: _Elizabeth Barton_
Elizabeth Barton, Deputy Clerk